IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**PEDRO POCHE,**<br>Defendant. | **Crim. No. 25-mj-505 (GLS)** |

## MOTION TO MODIFY CONDITIONS OF RELEASE

**TO THE HONORABLE COURT:**

Pedro Poche, represented by the Federal Public Defender for the District of Puerto Rico, very respectfully states and prays as follows:

On May 27, 2025, Honorable Magistrate Judge Magistrate Judge Giselle Lopez-Soler granted bail to Mr. Poche. An electronic monitoring device (EMD) was imposed as part of the conditions of release. Dkt. # 11.

Mr. Poche is indigent and cannot legally work because of his current immigration situation. The payment of the EMD is a burden on him and his wife who also has limited income. Thus, Mr. Poche requests that the Court modify the bail conditions imposed and remove the payment of the EMD as part of the conditions of release. Mr. Poche also requests that any debt incurred by him regarding the EMD since it was installed be deferred.

Mr. Poche has been complying with all conditions imposed on him by this Court since the day of his release.

**WHEREFORE,** it is respectfully requested that his Honorable Court grant the instant motion.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on June 3, 2025.

**RACHEL BRILL**
**Federal Public Defender**
**District of Puerto Rico**

**/s/ Victor M. Chico Luna**
Victor M. Chico-Luna, Esq.
USDC-PR # 228013
241 F.D. Roosevelt Avenue
San Juan, PR 00918-2441
T: 787-281-4922 / F: 787-281-4899
Email: victor_chico@fd.org