IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PEDRO POCHE,<br>aka: Elías Centeno Colón,<br>Defendant | **INDICTMENT**<br><br>CRIMINAL NO. 25-260(MAJ)<br><br>VIOLATION:<br>8 U.S.C. § 1326(a)<br>(ONE COUNT) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
Re-entry of Removed Alien
(Title 8, *United States Code*, Section 1326(a))

On or about May 21, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

PEDRO ~~PEDFRO~~ POCHE,

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States, was found in the United States, without obtaining, prior to her re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Section 1326(a).

W. STEPHEN MULDROW
United States Attorney

Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

Steven Liong-Rodríguez
Special Assistant United States Attorney

TRUE BILL

Foreperson
Dated: 6/3/2025