## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    vs.

**PEDRO POCHE**    **CASE NO. 3:25cr00260-001 (MAJ)**

## MOTION IN RESPONSE TO COURT ORDER

**TO THE HONORABLE COURT**
**DISTRICT OF PUERTO RICO**

**COMES NOW, ANA VAZQUEZ GOMEZ, UNITED STATES PROBATION OFFICER OF THIS COURT,** informing and requesting as follows:

On June 3, 2025, Mr. Pedro Poche filed a motion seeking authorization to modify conditions of bail release (Dkt #13). On the same date, the Court ordered the U.S. Probation Office to state its position (Dkt #16).

Mr. Poche is an illegal alien with no authorization to legally work in the United States. As such the undersigned has no objections to his request.

**WHEREFORE,** as ordered, the undersigned informs the contents of this motion for the appropriate action.

In San Juan, Puerto Rico, this 4th day of June 2025.

1

Respectfully submitted,

LUIS O. ENCARANACION,
CHIEF U.S. PROBATION OFFICER

*s/ Ana Vazquez-Gomez*
Ana Vazquez-Gomez
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building, Suite 225
San Juan, PR 00918
Tel. No. (787) 766-5596
Fax No. (787) 766-5651
Email ana_vazquezgomez@prp.uscourts.gov

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this date, I electronically filed this motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico, this 4th day of June 2025.

*s/ Ana Vazquez-Gomez*
Ana Vazquez-Gomez
U.S. Probation Officer